**Order entered May 31, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00269-CV

### SAM W. PETTIGREW, JR., Appellant

### V.

### CEDAR SPRINGS ALEXANDRE'S BAR, L.P., Appellee

**On Appeal from the County Court at Law No. 1
Dallas County, Texas
Trial Court Cause No. CC-14-02340-A**

## ORDER

The Court has before it court reporter Cathye Moreno's May 26, 2016 request for additional time to file the reporter's record. On May 4, 2016, we sent the parties a letter asking for jurisdictional briefing regarding whether this Court has jurisdiction over this appeal. Appellant requested additional time which we granted, and appellant's jurisdictional letter brief is due June 2, 2016. According to our May 4, 2016 letter, appellee may file a responsive jurisdictional letter brief within ten days of appellant's filing.

Until we determine whether we have jurisdiction over this appeal, it is unclear whether a reporter's record will have to be filed. Thus, we will **DEFER** ruling on the court reporter's extension at this time. When we receive the jurisdictional letters and determine whether we have

jurisdiction, we will rule on the motion and, if appropriate, set out the time for filing the reporter's record as well as briefing deadlines.

/s/     CRAIG STODDART
        JUSTICE